```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CHOICE LOGISTICS, INC.,

                Plaintiff,

-against-

PREMIER VALUE EXPRESS, INC. d/b/a
PREMIER EXPRESS,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2025

25 Civ. 2187 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's motion for a temporary restraining order ("TRO"). ECF Nos. 5–7, 9–10. Accordingly:

1. By **March 17, 2025**, at **9:00 p.m.**, Plaintiff shall serve Defendant with the complaint and summons, all papers concerning the TRO motion, and this order;

2. If Defendant intends to oppose entry of a TRO, it shall file its opposition papers by **March 19, 2025, at 5:00 p.m.**;

3. Plaintiff shall file any reply by **March 20, 2025**; and

4. The parties shall appear for a hearing on Plaintiff's application for a TRO on **Monday, March 24, 2025**, at **9:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: March 17, 2025
        New York, New York

                                                        ANALISA TORRES
                                               United States District Judge