UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHOICE LOGISTICS, INC.,

                                    Plaintiff,

            -against-

PREMIER VALUE EXPRESS, INC. d/b/a
PREMIER EXPRESS,

                                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/18/2025

25 Civ. 2187 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The hearing scheduled for March 24, 2025, at 9:00 a.m. is converted from an in-person conference to a videoconference.  Participants may join the videoconference at this link. Alternatively, participants may call in to the conference by dialing (646) 453-4442 and entering the following conference ID: 432 953 141#.

By **March 18, 2025**, at **9:00 p.m.**, Plaintiff shall serve Defendant with a copy of this order.

SO ORDERED.

Dated: March 18, 2025
       New York, New York

_____
      ANALISA TORRES
  United States District Judge