UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/20/2025
```

CHOICE LOGISTICS, INC.,

                          Plaintiff,

            -against-                                    25 Civ. 2187 (AT)

PREMIER VALUE EXPRESS, INC. d/b/a                        **ORDER**
PREMIER EXPRESS,

                          Defendant.

ANALISA TORRES, District Judge:

        By order dated March 17, 2025, the Court directed Plaintiff to serve Defendant with a copy of the complaint and summons, all papers concerning Plaintiff's application for a temporary restraining order ("TRO"), and the Court's order. ECF No. 12. In the same order, the Court set a briefing schedule on the TRO application, with Defendant to respond by 5:00 p.m. yesterday, March 19. *Id.* By order dated March 18, the Court converted the upcoming hearing on Plaintiff's TRO application to a videoconference hearing and directed Plaintiff to serve the order on Defendant. ECF No. 14.

        Counsel for Defendant has not entered an appearance in this matter, and the Court has not received any submissions from Defendant. Accordingly, by **March 21, 2025**, at noon, Plaintiff shall file proof of service on the docket demonstrating that Plaintiff has served the above-listed items on Defendant in accordance with Federal Rule of Civil Procedure 4(h) and New York Civil Practice Law and Rules § 311 or § 312-a.

        SO ORDERED.

Dated: March 20, 2025
       New York, New York

                                              _____
                                                       ANALISA TORRES
                                              United States District Judge