```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CHOICE LOGISTICS, INC.,

                        Plaintiff,

        -against-                                     25 Civ. 2187 (AT)

PREMIER VALUE EXPRESS, INC. d/b/a                     ORDER
PREMIER EXPRESS,

                        Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/27/2025_

ANALISA TORRES, District Judge:

    On March 17, 2025, after Plaintiff, Choice Logistics, Inc. ("Choice Logistics"), moved for a temporary restraining order, ECF Nos. 5–7, 9–10, the Court ordered Choice Logistics to serve the motion papers, complaint, and summons, on Defendant, Premier Value Express, Inc. ("Premier Express"), by March 19, 2025, ECF No. 12. The Court also set a date for a hearing and ordered Premier Express to respond to the motion. ECF No. 12.

    Premier Express did not file a response to Choice Logistics's motion despite receiving timely notice of it, *see* ECF No. 20, and no counsel has entered an appearance on Premier Express's behalf. By letter dated March 21, counsel for Choice Logistics requested that the Court adjourn the hearing on its motion by ten days to allow Premier Express to respond to a settlement proposal sent by Choice Logistics on March 19. ECF No. 19. The Court reset the hearing for this coming Monday, March 31. ECF No. 21.

    By close of business on **March 28, 2025**, the parties shall file a joint status update on settlement. In the status update, Choice Logistics shall address whether it intends to proceed with the hearing as scheduled, and Premier Express shall indicate whether it intends to appear at the hearing and contest Choice Logistics's motion.

    SO ORDERED.

Dated: March 27, 2025
       New York, New York

                                                                               ANALISA TORRES
                                                      United States District Judge